IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

BOBBY W. MYERS, ET AL                                                                PLAINTIFFS

VS.                                                                    CIVIL ACTION NO. 3:06CV86

CENTRAL INDUSTRIES, INC., ET AL                                                      DEFENDANTS

ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455(a), the undersigned is compelled to disqualify himself in the above styled and numbered proceeding for the reason that Roy Noble Lee, Jr., one of the attorneys in this case, is the nephew of the undersigned and his name appears on the recusal list of the undersigned.

ORDERED this the 10th day of March, 2006.

/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE